# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| D'AGOSTINO, MAE A. | US District Court for the Northern Districty of New York | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US District Court
James T. Foley US Courthouse
445 Broadway
Albany, NY 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06/10/18 | American International Life Insurance Co, structured settlement for future payments of legal fees earned (was paid in 2018) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Albany Law School | $3,200.00 |
| 2. 06/01/18 | American International Life Insurance Co, structured settlement for future payments of legal fees earned | $135,465.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **D'AGOSTINO, MAE A.** | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card Balance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | K | T | | | | | |
| 2. Trustco Bank - checking accocunt | A | Interest | K | T | | | | | |
| 3. Trustco Bank - money market | A | Interest | K | T | | | | | |
| 4. Fidelity Brokerage Account (H) | | | | | | | | | |
| 5. - Cash | A | Interest | J | T | | | | | |
| 6. - Fidelity 500 Index | A | Dividend | K | T | Buy (add'l) | 04/24/18 | J | | |
| 7. - Fidelity Contra Fund | A | | J | T | Sold (part) | 01/18/18 | J | A | |
| 8. - Fidelity Extended Market | A | Dividend | J | T | | | | | |
| 9. - Fidelity Strategic Divd & Income | A | Dividend | J | T | | | | | |
| 10. - Fidelity Mid Cap Index | A | Dividend | J | T | Sold (part) | 03/22/18 | J | A | |
| 11. - Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 12. - Fidelity Real Estate Iincome | A | Dividend | J | T | | | | | |
| 13. - Fidelity Select Technology | A | Dividend | J | T | | | | | |
| 14. - Fidelity Select Medical Equipment | A | Dividend | J | T | | | | | |
| 15. - Fidelity Mid Cap Index | A | Dividend | J | T | | | | | |
| 16. - Fidelity Select Banking | A | Dividend | J | T | | | | | |
| 17. - Artisan Midcap value | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Artisan Intl Value | A | Dividend | J | T | | | | | |
| 19. - FMI Intl Value | A | Dividend | J | T | | | | | |
| 20. - MFS Value fund | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 21. - Matthews Asia | A | Dividend | J | | | | | | |
| 22. - Oppenheimer Intl Sm/Mid | A | | J | T | Buy (add'l) | 04/24/18 | J | | |
| 23. - Fidelity Floating Rate | A | | J | T | Buy (add'l) | 01/17/18 | J | | |
| 24. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 25. - Fidelity GNMA Fund | A | | J | T | Sold (part) | 03/22/18 | J | A | |
| 26. - Fidelity Focused High Income | A | | J | T | Sold (part) | 03/22/18 | J | A | |
| 27. - Fidelity Strategic Income | A | | J | T | Buy (add'l) | 01/17/18 | J | | |
| 28. - Pimco Foreign Bond | A | Dividend | J | T | | | | | |
| 29. - American Europacific Growth | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 30. - Fidelity Government Cash Reserves | A | Int./Div. | J | T | | | | | |
| 31. Fidelity IRA (H) | | | | | | | | | |
| 32. - American Europacific Growth | A | Dividend | J | T | Buy (add'l) | 06/26/18 | L | | |
| 33. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 34. - Fidelity 500 Index | C | Dividend | M | T | Sold (part) | 06/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/11/18 | J | A | |
| 36. - Fidelity Extended Mrkt Index | C | Dividend | L | T | Buy (add'l) | 06/26/18 | J | | |
| 37. - Fidelity Contra Fund | C | Dividend | L | T | Sold (part) | 06/26/18 | J | A | |
| 38. | | | | | Sold (part) | 09/11/18 | J | A | |
| 39. - Fidelity Mid Cap Index | C | Dividend | K | T | Sold (part) | 06/26/18 | J | A | |
| 40. - Fidelity Real Estate Income | C | Dividend | L | T | Sold (part) | 06/26/18 | J | A | |
| 41. - Fidelity Select Healthcare | C | Dividend | K | T | Sold (part) | 06/26/18 | J | A | |
| 42. - Fidelity Total Bond | A | Dividend | L | T | Buy | 06/26/18 | L | | |
| 43. | | | | | Sold (part) | 09/11/18 | L | A | |
| 44. - Fidelity Select Banking | C | Dividend | L | T | Sold (part) | 06/26/18 | J | A | |
| 45. | | | | | Sold (part) | 09/20/18 | K | A | |
| 46. - Amer Beacon Bridgeway | C | Dividend | L | T | Buy (add'l) | 06/26/18 | J | | |
| 47. - Artisan Intl Value | C | Dividend | L | T | Sold (part) | 06/26/18 | J | A | |
| 48. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 49. - FMI International | C | Dividend | L | T | Sold (part) | 06/26/18 | L | | |
| 50. - Janus Global Technology | C | Dividend | M | T | Sold (part) | 06/26/18 | J | A | |
| 51. - MFS Value Fund | C | Dividend | L | T | Buy (add'l) | 06/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/11/18 | J | A | |
| 53. - Matthews Asia | C | Dividend | L | T | Buy (add'l) | 06/26/18 | J | | |
| 54. | | | | | Sold (part) | 09/11/18 | J | A | |
| 55. - Oppenheimer Intl Sm/Mid Cap | C | Dividend | L | T | | | | | |
| 56. - Parnassus mid cap Fund | C | Dividend | L | T | Sold (part) | 06/26/18 | J | A | |
| 57. - Pax World Small Cap | C | Dividend | J | T | | | | | |
| 58. - Fidelity Low Priced Stock | C | Dividend | J | T | | | | | |
| 59. - Fidleity Strategic Income | C | Dividend | J | T | Buy (add'l) | 06/26/18 | K | | |
| 60. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 61. - Fidelity Floating Rate | C | Dividend | J | T | Buy (add'l) | 06/26/18 | K | | |
| 62. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 63. - Pimco Foreign Bond | C | Dividend | J | T | Buy (add'l) | 06/26/18 | J | | |
| 64. - Fidelity Advisor Telecom | C | Dividend | K | T | Buy | 09/20/18 | K | | |
| 65. - Fidelity GNMA Fund | C | Dividend | J | T | Sold (part) | 06/26/18 | L | | |
| 66. - Fidelity - Capital and Income | D | Dividend | J | T | Buy (add'l) | 06/26/18 | J | | |
| 67. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 68. - Fidelity Conservative Income Bond | A | Dividend | L | T | Buy | 09/11/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Fidelity Government Cash Reserves | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MAE A. D'AGOSTINO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544